# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00182-MOC-DSC

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVIS & GELSHENEN, LLP, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay (document #13). Having conferred with the chambers of the Honorable Max O. Cogburn, Jr., the Motion is **GRANTED**.

It is hereby **ORDERED** that this matter is **STAYED until** such time as the Court in the action styled Hatch et al. v. DeMayo et al., M.D.N.C. Case No. 1:16-cv-925 (the "Underlying Action") rules on the Motion to Dismiss filed by Defendants in the Underlying Action.

The parties shall file a status report concerning the Motion to Dismiss in the Underlying Action within thirty days of entry of this Order and every thirty days thereafter.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: September 5, 2017

David S. Cayer
United States Magistrate Judge