# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00182-MOC-DSC

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | **ORDER** )<br>)<br>) |
| DAVIS & GELSHENEN, LLP, et. al., | )<br>) |
| Defendants. | ) |

**THIS MATTER** comes before the Court on the parties' Joint Motion to Stay (document #17). Having conferred with the chambers of the Honorable Max O. Cogburn, Jr., the Motion is **GRANTED**.

It is hereby **ORDERED** that this matter is **STAYED** until such time as the Court in the action styled Hatch et al. v. DeMayo et al., M.D.N.C. Case No. 1:16-cv-925 (the "Underlying Action") denies the pending motion to certify for interlocutory appeal or proceedings in the Underlying Action resume following an appeal.

The parties shall file a status report concerning the appeal in the Underlying Action within thirty days of entry of this Order and every thirty days thereafter.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: November 17, 2017

David S. Cayer
United States Magistrate Judge