# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00182-MOC-DSC

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER** |
| v. | )<br>) |
| DAVIS AND GELSHENEN, LLP AND JOHN J. GELSHENEN JR., | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Lift Stay" (document # 30) filed January 16, 2019 and the parties' associated briefs (documents ##31-33). This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1), and is now ripe for the Court's consideration.

For the reasons set forth in Plaintiff's "Memorandum in Support of Motion to Lift Stay" (document #31) and Plaintiff's "Reply in Support of Motion to Lift Stay" (document #33), Plaintiff's "Motion to Lift Stay" (document #30) is **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: February 11, 2019

_____
David S. Cayer
United States Magistrate Judge